**Appeal dismissed and Memorandum Opinion filed July 11, 2024.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-24-00371-CR

---

**BOLANLE FADAIRO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 482nd District Court
Harris County, Texas
Trial Court Cause No. 1787885**

---

## M E M O R A N D U M    O P I N I O N

Appellant entered a plea of not guilty to the charge of murder. Appellant and the State agreed that appellant's punishment would not exceed confinement in prison for more than sixty years. In accordance with the terms of this plea bargain agreement with the State, the trial court sentenced appellant to confinement for sixty years in the Institutional Division of the Texas Department of Criminal Justice. We dismiss the appeal.

The trial court entered a certification of the defendant's right to appeal in

which the court certified that this is a plea bargain case and the defendant has no right of appeal. *See* Tex. R. App. P. 25.2(a)(2). An agreement that places a cap on punishment is a plea bargain for purposes of Texas Rule of Appellate Procedure 25.2(a)(2). *Shankle v. State*, 119 S.W.3d 808, 813 (Tex. Crim. App. 2003); *Waters v. State*, 124 S.W.3d 825, 826–27 (Tex. App.—Houston [14th Dist.] 2003, pet. ref'd) (holding reviewing court lacked jurisdiction where defendant pled guilty with a sentencing cap of ten years, even though trial judge mistakenly certified defendant had right of appeal); *Threadgill v. State*, 120 S.W.3d 871, 872 (Tex. App.—Houston [1st Dist.] 2003, no. pet.) (holding statement in record indicating that there was no agreed recommendation did not convert proceeding into an open plea where plea was entered pursuant to agreed sentencing cap).

Because appellant's plea was made pursuant to a plea bargain, he may appeal only matters raised by a written pre-trial motion or with the trial court's permission. *See* Tex. R. App. P. 25.2(a)(2). The record does not contain any adverse pre-trial rulings, and the record does not reflect that the trial court has given permission to appeal any matter.

Accordingly, we dismiss the appeal.

PER CURIAM

Panel consists of Justices Wise, Bourliot, and Wilson.

Do Not Publish — Tex. R. App. P. 47.2(b).